Roger **ROMERO;** Monique Romero, Plaintiffs—Appellants,

v.

Rodney **KIRKLAND;** et al., Defendants—Appellees.

No. 06–16620.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 8, 2009.

Roger Romero, Bishop, CA, pro se.

Monique Romero, Bishop, CA, pro se.

Amy Julia Winn Fax, AGCA–Office of the California Attorney General (Sac), Sacramento, CA, for Defendants–Appellees.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Roger and Monique Romero appeal pro se from the district court's judgment dismissing without prejudice their action for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *McHenry v. Renne,* 84 F.3d 1172, 1178–79 (9th Cir. 1996), and we affirm.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The district court did not abuse its discretion by dismissing the action for violation of Rule 8 because the complaint failed to allege sufficient facts to support federal jurisdiction or any federal claim for relief. *See* Fed.R.Civ.P. 8(a) (stating that a complaint must contain a "short and plain statement" of the grounds for the court's jurisdiction and the claims for relief); *McHenry*, 84 F.3d at 1178–79 (concluding that a court may dismiss an action for noncompliance with Rule 8 after considering less drastic alternatives).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.